# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**APPEARANCE**

9/10/04 m.p.

United States
v
Valter Ferreira DaSilva

Case Number: 04 MJ 00060 LTC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Valter Ferreira DASILVA

I certify that I am admitted to practice in this court.

Date: 9/8/04

Signature: D~ B S

Print Name: David Summer
Bar Number: 634514

Address: 77 Franklin Street 3rd floor

City: Boston   State: MA   Zip Code: 02110

Phone Number: 617 695 0052   Fax Number: